■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v WARREN RICHARDSON, Defendant. ADDICTION RESEARCH AND TREATMENT CORPORATION, Appellant; DISTRICT ATTORNEY, Kings County, Respondent.—Appeal by the Addiction Research and Treatment Corporation from an order of the Supreme Court, Kings County, entered March 2, 1977, which, *inter alia,* denied its motion to quash a subpoena duces tecum served upon it at the instance of the respondent, the District Attorney of Kings County. Appeal dismissed, without costs or disbursements. The District Attorney no longer seeks the information described in the subpoena duces tecum. Margett, J. P., Shapiro, Titone and Suozzi, JJ., concur.